# Court of Appeals
# of the State of Georgia

ATLANTA,_ June 02, 2022_____

*The Court of Appeals hereby passes the following order:*

**A22A1393. JAMES SAMUEL WIEDERKEHR v. THE STATE.**

In 2007, James Samuel Wiederkehr was convicted of statutory rape and several counts of child molestation. Wiederkehr filed a motion for new trial, but it is not clear from the record before us whether the trial court ever ruled on that motion. In 2009, Wiederkehr filed a notice of appeal but no appeal was ever docketed. In 2021, the trial court entered a consent order granting Wiederkehr an out-of-time appeal, and Wiederkehr filed this appeal.

The Georgia Supreme Court recently eliminated the judicially created out-of-time-appeal procedure in trial courts. *Cook v. State*, ___ Ga. ___ (5) (870 SE2d 758) (2022) (applying the holding "to all cases that are currently on direct review or otherwise not yet final"). The trial court's order granting the consent motion for out-of-time appeal is hereby VACATED, and this case is REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for an out-of-time appeal. See *Rutledge v. State*, ___ Ga. ___ (870 SE2d 720) (2022).



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,__06/02/2022_____
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.